UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO: 3:05 CV 520

| | |
|---|---|
| GLENNA SHELTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| THE CHARLOTTE-MECKLENBURG | ) |
| HOSPITAL AUTHORITY, dba | ) |
| CAROLINAS HEALTHCARE | ) |
| SYSTEM, dba CAROLINAS MEDICAL | ) |
| CENTER, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56(b) of the Federal Rules of Civil Procedure, Defendant, by counsel, hereby moves for summary judgment. As more particularly described in Defendant's Memorandum in Support of Its Motion for Summary Judgment, and the supporting documentation attached thereto, Plaintiff cannot state a claim of discrimination under the Americans with Disabilities Act, 42 U.S.C.S. § 12101 et seq. ("ADA").

In short, Plaintiff is not protected under the ADA because she is unable to establish that she was "disabled," "regarded as disabled," or had "a record of a disability." Alternatively, even if Plaintiff was legally "disabled" under the ADA, Plaintiff does not qualify for ADA protection because she was not a "qualified individual with a disability." Finally, even if Plaintiff was covered by the ADA, Defendant satisfied

any obligation to offer Plaintiff reasonable accommodations. No genuine issues of material fact exist as to Plaintiff's claims and Defendant is entitled to judgment as a matter of law.

Based on the foregoing, Defendant, by counsel, requests the Court to enter an Order granting its Motion for Summary Judgment; dismissing Plaintiff's Complaint, with prejudice; awarding it the costs and attorneys' fees expended herein; and granting such other relief as the Court deems just and proper.

This the 30th day of October, 2006.

        Respectively submitted,

        **McGuireWoods LLP**

        By: s/Kimberly Q. Cacheris
            Kimberly Q. Cacheris (NCSB #20087)
            kcacheris@mcguirewoods.com
        By: s/Benjamin R. Holland
            Benjamin R. Holland (NCSB #28580)
            bholland@mcguirewoods.com
            100 North Tryon Street
            2900 Bank of America Corporate Center
            Charlotte, North Carolina 28202
            Tel.: 704.373.8999; Fax: 704.373.8935

        **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel for Plaintiff:

>Vicki Brown Rowan, Esquire
>1515 Mockingbird Lane, Suite 400
>Charlotte, North Carolina 28209
>Attorney for Plaintiff

>s/Benjamin R. Holland