# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Glenna Shelton,

    Plaintiff(s),

vs.

The Charlotte-Mecklenburg Hospital Authority,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:05cv520

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 29, 2006 Order.

November 29, 2006

FRANK G. JOHNS, CLERK

BY: _____

Cynthia Huntley, Deputy Clerk